IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CY WAKEMAN, INC., an Iowa Corporation;

Plaintiff,

vs.

RICHARD R. RUNNELS, an Individual;

Defendant.

8:20CV3009

ORDER

This matter came on for hearing on January 27, 2020, regarding the plaintiff's

Motion for Temporary Restraining Order (Filing No. 3) and defendant's Motion to Dissolve

or Modify the Temporary Restraining Order (Filing No. 10).  Pursuant to the Court's text

minute entry dated January 27, 2020 (Filing No. 13), the parties have conferred and

hereby stipulate and agree as follows:

A.    The defendant shall not use the plaintiff's property or nonpublic information

relating to the Plaintiff in his possession, for any purpose other than the

dissolution proceeding between the Defendant and Cynthia Wakeman,

pending in the District Court of Douglas County, Nebraska at CI 19-8551

("Divorce Proceeding").    Without violating this stipulated order, the

Defendant may provide such material in his possession as he believes in

good faith may be material to the Divorce Proceeding to lawyers,

consultants, and expert witnesses providing services incident to the Divorce

Proceeding, and the Douglas County District Court.

B.    Unless the harm to either party is grave and imminent, the parties are to

meet and confer regarding any request for relief or dispute arising under

this order before engaging in motion practice.  The Court refers any such

dispute to Magistrate Judge Bazis in the first instance.


Dated this 4th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge