IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CY WAKEMAN, INC., an Iowa Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD R. RUNNELS, an Individual;<br><br>Defendant. | 8:20CV3009<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 31) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party responsible for their own costs.

Dated this 12th day of June, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge